| | |
|---|---|
| 1 | B. Douglas Robbins (219413) |
| 2 | Cyndi K. Wong (244983) |
| | O'LEARY WOOD & ROBBINS, LLP |
| 3 | One Post Street, Suite 800 |
| | San Francisco, CA 94104 |
| 4 | T: (415) 247-7900 |
| 5 | F: (415) 247-7901 |
| | drobbins@owrlaw.com |

**ATTORNEYS FOR DEFENDANTS DAVID RAWSON AND ZEISLER, ZEISLER, RAWSON & JOHNSON LLP**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI, an individual, | Case No. CV11-01562 R (JCx) |
| Plaintiff, | **DEFENDANTS DAVID RAWSON AND ZEISLER, ZEISLER, RAWSON & JOHNSON LLP'S DISCLOSURE OF INTERESTED PARTIES** |
| v. | |
| STEPHAN JENKINS, an individual; BRADLEY HARGREAVES, an individual; THIRD EYE BLIND, INC., a California Corporation; 3EB TOURING, INC., a California Corporation; STEPHAN JENKINS PRODUCTIONS, INC., a California corporation; 3EB PUBLISHING, an unknown entity; THOMAS MANDELBAUM, an individual; HISCOCK & BARCLAY, LLP, a New York Limited Liability Partnership; DAVID RAWSON, an individual; ZEISLER, ZEISLER, RAWSON & JOHNSON LLP, a California Limited Liability Partnership; EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; and DOES 1-10, | Courtroom: 8<br>Judge: Hon. Manuel L. Real<br><br>Complaint Filed: February 22, 2011 |
| Defendants. | |

1

1   The undersigned, counsel of record for Defendants David Rawson and Zeisler, Zeisler,
2   Rawson & Johnson LLP, certifies that the following listed party (or parties) may have a
3   pecuniary interest in the outcome of this case.  These representations are made to enable the
4   Court to evaluate possible disqualification or recusal.
5   Defendants David Rawson and Zeisler, Zeisler, Rawson & Johnson LLP are aware of no
6   such party beyond the parties currently named in the action.

7
8
9
10                                                                         O'LEARY WOOD & ROBBINS, LLP
11
12
13  Dated:  March 25, 2011                              By: _____
14                                                                         Cyndi K. Wong
                                                                                **Attorneys of record for Defendants**
15                                                                         **David Rawson and Zeisler, Zeisler,**
                                                                                **Rawson & Johnson LLP**
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**DISCLOSURE OF INTERESTED PARTIES**
**Case No.  CV11-01562 R (JCx)**