**Exhibit B**

AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA
(HEREIN CALLED "FEDERATION")



## CREATIVE ARTISTS AGENCY
2000 Avenue of the Stars
Los Angeles, CA 90067
424-288-2000/288-2900 Fax

ELECTRONIC

FOR TRAVELING ENGAGEMENTS AND LOCAL ENGAGEMENTS

Whenever The Term "The Local Union" Is Used In This Contract, It Shall Mean The Local Union Of The Federation With Jurisdiction Over The Territory In Which The Engagement Covered By This Contract Is To Be Performed.

This Contract for the personal services of musicians on the engagement described below is made this __27th__ day of __Feb, 2008__ between the undersigned purchaser of music (herein called "Purchaser") and the undersigned musician or musicians

1. Name and Address of Place of Engagement: Campus Center, SUNY Oswego - Oswego, NY
   Name of Band or Group: THIRD EYE BLIND - 3 EB Touring, Inc. f/s/o THIRD EYE BLIND (94-3266871)
   Number of Musicians: Four (4)
2. Date(s), Showtime: Sun 04/27/08 - 07:30 PM
3. Type of Engagement (specify where dance, stage show, banquet, etc): Private Event
4. Additional Information:
   Billing: Artist to receive 100% Headline billing.
   Performance Length: Artist to perform one complete show.
   Sound and Lights: Purchaser to pay Artist $7,000.00 for Artist supplied sound and lights.
   Support Talent: Local bands to open: FIRE WHEN READY & POLAR BEAR CLUB. Purchaser to provide and pay $500.00 for earned support, TBD, to play immediately prior to THIRD EYE BLIND.
   Additional Provisions: Production budget of $11,000.00 to be allocated as follows: $7,000.00 to be paid to Artist for Artist supplied sound and lights, $4,000.00 to be budgeted for locally supplied staging and labor.

   Artist agrees not to perform within (120) miles of the venue for (45) days before or after engagement date.

   No radio presents allowed without the prior approval of Management. All advertising and promotion subject to approval by Allison McGregor at CAA.

   Merchandise: ~~100%~~ 80% / 20%
   Who Sells: Artist sells

5. COMPENSATION AGREED UPON (Amount and Terms):
   $50,000.00 guarantee + $7,000.00 for Artist supplied production.

| TICKET SCALING: | Show Type: | Private Event | | | |
|---|---|---|---|---|---|
| Student | ~~2700~~ 2600 | @ | ~~$30.00~~ 15.00 | ~~$50,000.00~~ | 40,500 |
| Total Capacity: | ~~2700~~ 2600 | | Gross Potential: | ~~$50,000.00~~ | 40,500 |
| Total Tax%: | .00% | | Tax/Deductions: | ($.00) | Net Potential: $50,000.00 |

ADDITIONAL PER TICKET CHARGES
TYPE                COST        INCL. IN PRICE?
Day of Show Increase  ~~$5.00~~ $5.00    no

Notes:
Tickets will be sold to the public for ~~$25.00~~ $20.00

6. DEPOSITS/CONTRACTS: No deposits are required                 University Check
   Purchaser will make payments as follows: all payments shall be paid by ~~certified check, money order, bank draft, wire transfer, or cash~~.
   Notwithstanding the foregoing, all deposits will be paid by PURCHASER to CREATIVE ARTISTS AGENCY, LLC's client trust account on behalf of Producer. Any required income tax reporting obligations of Purchaser for payments made hereunder shall be reported as solely for Producer, regardless of payments sent to CAA on behalf of Producer, including but not limited to deposits. CONRACTS MUST BE RETURNED WITHIN 30 DAYS OF RECEIPT. BALANCE of Guarantee, Plus Percentage Payments, if any, and Sound and lights Payments, if any, to be paid in United States Currency by PURCHASER to ARTIST no later than Prior to Performance, evening of engagement.

7. Riders Attached Hereto Are Hereby Made a Part Hereof.
8. ~~If Artist is Headlining This Engagement: "All Support Talent is Subject to Artist Approval"~~
9. If Artist is Supporting This Engagement: "Artist's Performance is Subject to the Appearance and Approval of the Headliner."
10. No performance on the engagement shall be recorded, reproduced or transmitted from the place of performance, in any manner or by any means whatsoever, in the absence of a specific written agreement with the Federation relating to and permitting such recording, reproduction or transmission.
11. It is expressly understood by the Purchaser and Musician(s) who are parties to this contract that neither the Federation nor the Local Union are party to this contract in any capacity except as expressly provided in 10 above and, therefore, that neither the Federation nor the Local Union shall be liable for the performance or breach of any provision hereof.
12. A representative of the Local Union, or the Federation, shall have access to the place of engagement covered by this contract for purposes of communicating with the musician(s) performing the engagement and the Purchaser.
13. The agreement of the musicians to perform is subject to proven detention by sickness, accidents, riots, strikes, epidemics, act of god or any other legitimate conditions beyond their control.

(continued on next page)

FROM : OSU,STUDENT ASSOCIATION    FAX NO. : 3152415410    Apr. 01 2008 07:49PM  P2

THIRD EYE BLIND - 4/27/00 - Campus Center, SUNY Oswego - Oswego, NY (Middle Buyer: CPP Marketing & Promotion - Binghamton, NY)
THE FOLLOWING PROVISIONS (SECTION 14) ARE ONLY APPLICABLE TO "LOCAL ENGAGEMENTS" AS DEFINED BY THE FEDERATION:

14. Resolution of controversies or claims: Any controversy or claim arising out of or relating to this contract, or breach thereof, shall be submitted to arbitration under one of the following procedures to be selected by the Purchaser at the time that this contract is signed, by placing his or her initials in the box adjacent to the procedure selected. In the event that neither box is initialed, it will be presumed that the Purchaser has chosen the applicable procedure set forth in "B":



A. (American Arbitration Association) Any controversy or claim arising out of or relating to this contract, or breach thereof, shall be settled by arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the Award rendered may be entered in any court having jurisdiction thereof. The cost of the arbitration proceeding, except those costs personally incurred by the parties hereto for the presentation of their own case, shall be shared equally by the Purchaser and the Signatory Musician(s).



B. (Local Union) Any controversy or claim arising out of or relating to this contract, or the breach thereof, shall be settled by arbitration by the Executive Board or other body of the Local Union charged with responsibility of settling such controversy or claim. All rulings and awards made by the Local Union in arbitration hereunder may be appealed to the International Executive board of the Federation (herein called "IEB") by any party who was a participant therein. Appeals from such proceedings shall be perfected in the manner provided in the Rules of Practice and Procedure of the IEB in effect at the time of such appeal. All rulings and awards made by the Local Union in arbitration which are not appealed to the IEB shall be final and binding upon the Purchaser and participating musician(s).

Any party to an arbitration proceeding before the Local Union or, to an arbitration appeal to the IEB may bring an action to confirm or enforce a final determination and award of the Local Union or, if appealed, of the IEB in the courts of the jurisdiction in which the office of the Local Union is located; and the Purchaser and participating musician(s) agree to submit to the jurisdiction of such court or courts for that purpose.

| Names of All Musician(s) | Local # | U.S. Social Security Numbers |
|---|---|---|
| Brad Hargreaves | 6 | |
| Stephan Jenkins | 6 | |
| Tony Fredianelli | 6 | |
| Arion Salazar | 6 | |

IN WITNESS WHEREOF, the parties hereto have hereunto set their names and seals on the day and year first above written.

Josh Miller - SUNY Oswego - Oswego, NY / Eric Godtland
PRINT PURCHASER'S FULL AND CORRECT NAME / SIGNATORY MUSICIAN / HOME LOCAL UNION NO
(IF PURCHASER IS CORP., FULL AND CORRECT CORP. NAME)

X / X
SIGNATURE OF PURCHASER (OR AGENT THEREOF) / SIGNATURE OF SIGNATORY MUSICIAN
SUNY Oswego - Oswego, NY
Josh Miller
SAPB, 249 Hewitt Union  1st Campus Center / Eric Godtland / 1040 Mariposa St. Suite 200
STREET ADDRESS / MUSICIAN'S HOME ADDRESS

| Oswego | NY | 13126 | San Francisco | CA | 94107 |
| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
| | 315-312-2933 | | | (415) 522-5222 | |
| | Business Phone | | | Business Phone | |

Buster Phillips / 296250
Booking Agent / Agreement No.

Mail To: ~~~~~~~~~~~ CPP Marketing & Promotion; Binghamton, NY 13903
Business phone: 607-765-5474; Business fax: 315-312-3410

SJ 0732