"

"

"

"

"

"

"

"

"

"

"

"

"

"

"

**Gzj kdkⁱF "**



*We Perform So You Can Perform!*

# Service Quote (Int'l Visas)

GLOBAL ACCESS IMMIGRATION SVCS, INC.
5657 WILSHIRE BLVD., STE 390
LOS ANGELES, CA 90036
TEL:  323-936-7100

| DATE | QUOTE # |
|---|---|
| 6/13/2008 | 08.1133 |

BILL TO

THIRD EYE BLIND

| ARTIST NAME |
|---|
| THIRD EYE BLIND |

| TOUR PERIOD | NOTES / P.O. | COUNTRIES |
|---|---|---|
| JULY 2008 | | JAPAN |

| # MBRS | DESCRIPTION | RATE | Total |
|---|---|---|---|
| 11 | - JAPAN -<br><br>Application Preparation & Consulate Coordination and Submission Services<br>   *Note: No consulate fee required for US Nationals | 140.00 | 1,540.00 |

| NOTE: Listed services and fees are based on initial  information provided. Prices subject to change based on actual services rendered.<br>*Service Fees good for 7 days/Consulate fees subject to change without notice* | **Total** | $1,540.00 |
|---|---|---|

Thank you.  It will be a pleasure to work with you.