"

"

"

"

"

"

"

"

"

"

"

"

"

"

Example: "



DATE: November 18, 2008

BILL TO: Third Eye Blind c/o

Zeisler, Zeisler & Rawson
1100 3rd St.
San Rafael CA, 94901

ATTN: Davis Rawson – david@zzrllp.com

FROM: Tsunami Producer Management obo Joe Chiccarelli

RE: Third Eye Blind

INVOICE #JC111808

Mixing fee for Joe Chiccarelli to mix one (1) THIRD EYE BLIND track entitled "Sharp Knife".

## TOTAL DUE UPON RECEIPT $1,500

## Please remit payment directly to:

Art Fit Music Inc. FSO Joe Chiccarelli
c/o Elite Money Matters, Inc.
Attention: Vivan Anderson
6033 West Century Blvd., Ste. 610
Los Angeles, CA 90045

Federal ID# 91-1913363