| | |
|---|---|
| 1 | Michael J. Niborski (State Bar No. 192111) |
| 2 | e-mail: mniborski@pryorcashman.com<br>PRYOR CASHMAN LLP |
| 3 | 1801 Century Park East, 24th Floor<br>Los Angeles, California 90067-2302 |
| 4 | Tel: (310) 556-9608<br>Fax: (310) 556-9670 |
| 5 | *Attorneys for Defendant*<br>EMI BLACKWOOD MUSIC, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI, an individual<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN JENKINS, an individual; BRADLEY HARGREAVES, an individual; THIRD EYE BLIND, INC., a California corporation; 3EB TOURING, INC.; a California corporation; STEPHEN JENKINS PRODUCTIONS, INC., a California corporation; 3EB PUBLISHING, an unknown entity; THOMAS MANDELBAUM, an individual; HISCOCK & BARCLAY, LLP, a New York limited liability partnership; DAVID RAWSON, an individual; ZEISLER, ZEISLER, RAWSON & JOHNSON LLP, a California limited liability partnership; EMI BLACKWOOD MUSIC, INC., a Connecticut corporation; and DOES 1-10;<br><br>Defendants. | Case No. CV 11-01562 R (JCx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT EMI BLACKWOOD MUSIC, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[STIPULATION TO EXTEND TIME FOR DEFENDANT EMI BLACKWOOD MUSIC, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT CONCURRENTLY]<br><br>Complaint Served:<br>March 9, 2011<br><br>Current Response Date:<br>April 29, 2011<br><br>New Response Date:<br>May 31, 2011 |

1

**ORDER**

WHEREAS good cause is hereby shown, IT IS HEREBY ORDERED that Defendant EMI Blackwood Music, Inc. shall have up to and including May 31, 2011 to answer, move or otherwise respond to the Complaint in this action.

IT IS SO ORDERED.

Dated: April 26, 2011           By: _____
                                     United States District Judge