ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

# UNITED STATES DISTRICT COURT,

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI, an Individual,<br><br>                      Plaintiff,<br><br>   v.<br><br>STEPHAN JENKINS, an Individual;<br>BRADLEY HARGREAVES, an Individual;<br>THIRD EYE BLIND, INC., a California Corporation;<br>3EB TOURING, INC., a California Corporation;<br>STEPHEN JENKINS PRODUCTS, INC., a California Corporation;<br>3EB PUBLISHING, an Unknown Entity;<br>THOMAS MANDELBAUM, an Individual;,<br>HISCOCK & BARCLAY, LLP; a New York Limited Liability Partnership;<br>DAVID RAWSON, an Individual;<br>ZEISLER, ZEISLER, RAWSON & JOHNSON llp, a California Limited Liability Partnership;<br>EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation; and DOES 1 – 10,<br><br>                      Defendants. | Case No.: **CV11-01562 R (JCx)**<br><br>**ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT** |

In accordance with the Stipulation between counsel of record for plaintiff Anthony Fredianelli, on the one hand, and defendants Third Eye Blind, Inc., 3EB Touring, Inc., Stephan Jenkins Productions, Inc., and 3EB Publishing, on the other hand, and

-1-

1   GOOD CAUSE APPEARING THEREFOR, this Court hereby enters an order extending
2   the time of defendants Third Eye Blind, Inc., 3EB Touring, Inc., Stephan Jenkins Productions,
3   Inc., and 3EB Publishing to file an answer or Motion under Rule 12 to the Complaint in this
4   action to and including May 9, 2011.

5   IT IS SO ORDERED.

6

7   Dated:  May 3, 2011.   _____
                            UNITED STATES DISTRICT COURT JUDGE

8

9                           NO FURTHER DELAY (R)

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589