ABBEY, WEITZENBERG, WARREN & EMERY
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
Facsimile: 707-542-2589

Attorneys for Defendants
STEPHAN JENKINS, an Individual;
BRADLEY HARGREAVES, an Individual;
THIRD EYE BLIND, INC.; 3EB TOURING, INC.
STEPHAN JENKINS PRODUCTIONS, INC.;
3EB PUBLISHING

# UNITED STATES DISTRICT COURT,

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FREDIANELLI, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN JENKINS, an Individual;<br>BRADLEY HARGREAVES, an Individual;<br>THIRD EYE BLIND, INC., a California Corporation;<br>3EB TOURING, INC., a California Corporation; STEPHAN JENKINS PRODUCTIONS, INC., a California Corporation;<br>3EB PUBLISHING, an Unknown Entity;<br>THOMAS MANDELBAUM, an Individual;,<br>HISCOCK & BARCLAY, LLP; a New York Limited Liability Partnership;<br>DAVID RAWSON, an Individual;<br>ZEISLER, ZEISLER, RAWSON & JOHNSON LLP, a California Limited Liability Partnership;<br>EMI BLACKWOOD MUSIC, INC., a Connecticut Corporation;<br>and DOES 1 – 10,<br><br>Defendants. | Case No.: **CV11-01562 R (JCx)**<br><br>**ORDER** |

PURSUANT TO THE STIPULATION RE: PROTECTIVE ORDER RE: CONFIDENTIALITY, IT IS SO ORDERED.

Dated: June 8, 2011

Honorable Manuel L. Real
Judge of the United States District Court
Central District of California